IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD NYTE AND KIMBERLY NYTE, as parents and next friends of C.N., deceased; NATHAN EVANS AND JACQUELYN EVANS, as parents and next friends of B.E. and P.E., deceased; JANETTE EVANS, as Special Administrator for the Estate of MELISSA EVANS, deceased; and JOSEPH BURTON, individually,<br><br>    Plaintiffs,<br><br>v.<br><br>KIDDE, INC., a subsidiary of CARRIER GLOBAL CORPORATION, a foreign corporation,<br><br>    Defendants. | Civil Action No. 5:22cv275-PRW |

**DEFENDANT CARRIER GLOBAL CORPORATION'S JURY DEMAND**

This Court lacks personal jurisdiction over Defendant Carrier Global Corporation ("Carrier") for the reasons set forth in Carrier's Motion to Dismiss for Lack of Personal Jurisdiction and Failure to State a Claim upon Which Relief Can Be Granted, and Brief in Support. (Doc. 5.) Subject to and without waiving its defense of lack of personal jurisdiction, *see* Fed. R. Civ. P. 12(h), pursuant to Local Civil Rule 81.1 and Federal Rules of Civil Procedure 38 and 81, Carrier demands a trial by jury of all issues so triable in this action.

Respectfully Submitted,

*s/ Andrew Richardson*
ANDREW L. RICHARDSON, OBA # 16298
KATELYN KING, OBA # 33937
MCAFEE & TAFT
Williams Center Tower II
Two W. Second St., Suite 1100
Tulsa, Oklahoma  74103
(918) 587-0000
andrew.richardson@mcafeetaft.com
katelyn.king@mcafeetaft.com

*Attorneys for Defendant*
*Carrier Global Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 15th day of April, 2022, I filed the foregoing document with the Clerk of the Court using the ECF system, which will send a notice of electronic filing to the following:

Paul M. Kolker
Timothy J. Prentice
ROBERSON, KOLKER, COOPER & GOERES, P.C.
16408 Muirfield Place
Edmond, Oklahoma 73013
paul@rkcglaw.com
brad@rkcglaw.com
tj@rkcglaw.com

*Attorneys for Plaintiffs*

*s/ Andrew Richardson*