IN THE UNTIED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RICHARD NYTE AND KIMBERLY NYTE as parents and next friends of CARSON NYTE, deceased; NATHAN EVANS AND JACQUELYN EVANS, as parents and next friends of BENTLEY EVANS AND PAISLEY EVANS, deceased; JANETTE EVANS, as Special Administrator for the Estate of MELISSA EVANS, deceased; and JOSEPH BURTON, individually,<br><br>Plaintiffs,<br><br>v.<br><br>KIDDE, INC., a subsidiary of CARRIER GLOBAL CORPORATION, a foreign corporation,<br><br>Defendants, | Case No.: CIV-22-275-PRW |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs, Richard Nyte and Kimberly Nyte, as parents and next friends of Carson Nyte, deceased; Nathan Evans and Jacquelyn Evans, as parents and next friends of Bentley Evans and Paisley Evans, deceased; Janette Evans, as Special Administrator for the Estate of Melissa Evans, deceased; and Joseph Burton, individually ("Plaintiffs"), pursuant to Rule 41(a)(1)(A)(i), hereby dismiss the above-referenced lawsuit without prejudice to re-filing of the same.

Respectfully submitted,

*s/ Timothy J. Prentice*
Paul M. Kolker, OBA No. 18749
Timothy J. Prentice, OBA No. 22689
ROBERSON, KOLKER, COOPER, P.C.
16408 Muirfield Place
Edmond, Oklahoma 73013
Telephone:   405-606-3333
Facsimile:   405-606-3334
Email:        paul@rkcglaw.com
              tj@rkcglaw.com
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2022, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing. Base on the records currently on file, the Clerk of Court will transmit a Notice of Electronic Filing to the following ECG registrants:

Andrew L. Richardson, Esquire
Katelyn King, Esquire

*s/ Timothy J. Prentice*
For the Firm